UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
DEC 03 2007
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Odell Starling-20070059948

JOSEPH COLLINS 20070065192

DANIEL WILLIAMS 20070064845

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff of Cook County Et al.

Case No: _____
(To be supplied by the Clerk of this Court)

07CV6797
JUDGE GOTTSCHALL
MAGISTRATE JUDGE COLE

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.   Plaintiff(s): Odell Starling-20070059948
     JOSEPH COLLINS 20070065192
     DANIEL WILLIAMS 20070064845

Revised: 7/20/05

A. Name: Odell Starling

B. List all aliases: _____

C. Prisoner identification number: 20010059948

D. Place of present confinement: IDOC 2700 S. California,

E. Address: 2700 South California, Chicago, Il 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Sheriff of Cook County et al.

   Title: _____

   Place of Employment: 2700 S. California, Chicago, Il. 60608

B. Defendant: _____

   Title: _____

   Place of Employment: _____

C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

   YES (X)   NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

   YES (X)   NO ( )

C. If your answer is YES:

   1. What steps did you take? I file a grievance awareing the Institution that I was hurt doing a fire and lots of thick black smoke. I also told the Institution that sprinkerly and alarms system are needed.

   2. What was the result? The Administration did not respond to first and second Grievance.

   3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.) The Administration did not respond to first or second Grievance

D. If your answer is NO, explain why not: The Administration did not respond to grievances.

3

Revised: 7/20/05

E. Is the grievance procedure now completed? YES (X) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (X) NO ( )

G. If your answer is **YES**:

1. What steps did you take? I told Stg. AdBulaah I was hurt doing a fire and the smoke. I told them the building need a sprinkler and alarm system.

2. What was the result? Nothing

H. If your answer is **NO**, explain why not:

Revised: 7/20/05

IV. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: _NONE_

B. Approximate date of filing lawsuit: _NONE_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ~~Odeh Stovall 20070059948, Joseph Collins 20070065192, Daniel Williams 20070064845~~

D. List all defendants: ~~Sheriff of Cook County et al~~ _NONE_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

F. Name of judge to whom case was assigned: _N/A_

G. Basic claim made: _N/A_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _NONE_

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

V. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

When I woke-up due to smoke and fire. There was smoke all over the Dorm. I ran to the door the door was locked. Then later Officers (Daniel, Johnson, St.) ABDul came in and told the entire Dorm to get out the Dorm. That smoke had my lungs full of smoke. My head was hurting Acking, My chest was hurting burning, Shortness of breath; My eyes were hurting and running water. I hurt my back due to fast movement of the fear of getting sick or die from the smoke or fire. I was afraid. There was no alarm no Sprinkler to wake the Inmates up. The fire was at approx 1:00 AM on 9-30-07. When I got to the Hospital It was about 4:55 A.M.

6

Revised: 7/20/05

I saw the doctor later on that morning. I was told the reason it took so long for me to see the doctor was no doctor was on the ground. I fear going to sleep in this place. This fire was approx. 4 to 5 feet from where I was asleep. After the fire the Dorm of People (Inmates) were brought back in the Dorm. There was a bed that burned with paint on it and the Cook County Guard left it in the Dorm and made other Inmates sleep on it. The smell just will not go away.

VI.  **Relief:** Restitution