R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

KC **FILED**
DEC 03 2007
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| **Plaintiff(s):** ODELL STARLING | **Defendant(s):** SHERIFT OF COOK COUNTY |
|---|---|
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:**<br>Odell Starling<br>#2007-0059948<br>Cook County Jail<br>P.O. Box 089002<br>Chicago, IL 60608 | **Defendant's Attorney:**<br><br>07CV6797<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE COLE |

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
✓ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
✓ 1. Original Proceeding
☐ 5. Transferred From Other District
☐ 2. Removed From State Court
☐ 6. MultiDistrict Litigation
☐ 3. Remanded From Appellate Court
☐ 7. Appeal to District Judge from Magistrate Judgment
☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ✓ No

**Signature:** A.E. Woodham  **Date:** 12/03/2007

Gottschall   05C5256
Cole