Odell Starling
12-22-07
20070059948
2700 S. California
Chicago, Il.
60608

Ⓐ

DEC 26 2007
FILED
DEC 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United State District Court
Northern District of Illinois
219 South DearBorn Street
Chicago, Il. 60604

Case Number
07C 6797

Judge
GOTTSCHAl

To Whom It Concern:

I Odell Starling have file two grievance. I am at the Cook County Jail. I have put in Requests to go to the Doctor and get no Rospond. I Just want to keep you all updated. I put in Another grievance on 11-12-07. It is 12-20-07 more than 30 days and no respond.

Sign
Odell Starling