**FILED** 
JAN 17 2008
JAN 1 7 2008 *aeu*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

ODELL Starling
Plaintiff

v.

Sheriff of Cook County
Defendant(s)

CASE NUMBER 07 C 6797
JUDGE Joan B. Gottschall

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, ODELL Starling, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # 20070054948   Name of prison or jail: Cook County Jail
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount: 00

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: 00
   Name and address of employer: NONE

   a. If the answer is "No":
      Date of last employment: 1-5-1996
      Monthly salary or wages: Monthly Salary $900.00
      Name and address of last employer: Dell Moving Co. 1833 Hartrey, Evanston IL 60201

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: NONE
      Name and address of employer: NONE

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes   ☒No
      Amount 00   Received by NONE

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount  0 0  Received by  NONE

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount _____ Received by _____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No
Amount  0 0  Received by  NONE

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount  0 0  Received by  NONE

f. ☐Any other sources (state source: _____ ) ☐Yes ☒No
Amount _____ Received by _____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?   ☐Yes   ☒No   Total amount: 0 0
In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?   ☐Yes   ☒No
Property:  0 0  Current Value:  0 0
In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☒No
Address of property:  NONE
Type of property:  NONE  Current value:  0 0
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property:  NONE
Current value: _____
In whose name held: _____ Relationship to you: _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents

-2-

I certify that the facts stated in this Complaint IS true: Odell Starling 2007 0059948.

I Odell Starling had tried three times to get the Informa Pauperi's Signed. I sent the Application to the Record Office and I got No respond three times.

I also filed two grievances and got No respond.

I will Not give up on trying to get the Record Office Attention and the Grievances Broad Attention. My Social Worker IS Ms. Bowers and She refused to help ME. Each time I asked her to help ME She Say No. She know about No respond to Grievance and the Informa Pauperis Application.

Odell Starling

1-10-08