Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6797 | DATE | FEB 2 2 2008 |
| CASE TITLE | Odell Starling #2007-0059948 v. Sheriff of Cook County | | |

**DOCKET ENTRY TEXT:**

Plaintiff Starling's motion for leave to file in forma pauperis is granted.[8] The court orders the trust fund officer at plaintiff's current place of incarceration to deduct from plaintiff's account for payment to the clerk of court as set forth in this order. The clerk shall send a copy of this order to the trust fund officer at the Cook County Jail. The court dismisses the amended complaint without prejudice. [7] Plaintiff is given until March 20, 2008, to submit another amended complaint or the court shall issue judgment dismissing this case. The clerk is directed to send one copy of the amended civil rights complaint form and instructions for filing along with a copy of this order.

■ [ For further details see text below.]

Docketing to mail notices.

## STATEMENT

Plaintiff is granted leave to file in forma pauperis. Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is not assessed an initial partial filing fee as his trust account statement indicates that he has neither means nor assets to pay. 28 U.S.C. Section 1915(b)(4). However, the trust fund officer at the correctional facility where plaintiff is confined is authorized to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from Plaintiff's trust fund account shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Il. 60604, 20th floor, and shall clearly identify plaintiff's name and the case number assigned to this action.

Plaintiff brings this *pro se* action pursuant to 42 U.S.C. §1983 complaining about a fire on his tier at the jail. Once the fire started and the tier was filling up with smoke, Plaintiff alleges that there were two officers who failed to let Plaintiff off of the tier and to safety. The extra time their actions caused him to remain on this tier resulted in injury to his lungs due to smoke inhalation.

Plaintiff fails to name these two officers as Defendants. Instead, he names the Sheriff, but his complaint makes clear that the Sheriff had no personal involvement with any of the activities occurring in the complaint. *Vance v. Peters*, 97 F. 3d 987, 992-93 (7th Cir. 1996); *Whitford v. Boglino*, 63 F. 3d 527, 530-31(7th Cir. 1995).

| | Courtroom Deputy Initials: | ste |
|---|---|---|

## STATEMENT

For this reason, the court orders Plaintiff to submit a second amended complaint in which he does not list the Sheriff as a Defendant but he does list the two officers Daniel and Johnson instead. In addition, the other Plaintiffs whom he names were already dismissed from this case by the court's previous order of December 14, 2007. Therefore, he cannot name them again.

Plaintiff must submit an amended complaint. As with every document filed with the court, the plaintiff must provide an extra copy for the judge; he must also submit a service copy for each defendant named in the amended complaint. The plaintiff is cautioned that an amended pleading supersedes the original complaint and must stand complete on its own. Therefore, all allegations against all defendants must be set forth in the amended complaint, without reference to the original complaint. Any exhibits the plaintiff wants the court to consider in its threshold review of the amended complaint must be attached, and each copy of the amended complaint must include complete copies of any and all exhibits. The plaintiff is advised to keep a copy for his files.

Plaintiff is granted until March 20, 2008, to comply with all the terms of this order.