

07 C 6797 (Judge Gottschall)

COOK COUNTY JAIL TRUST ACCOUNT STATEMENT for plaintiff Odell Starling

**FILED**

FEB 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 2 0 2008

# COOK COUNTY JAIL

## Individual Inmate Balance History Report - Detailed

Print Date: 2/20/2008 05:16 pm
User Name: FAYE

| Name | STARLING, ODELL |
| Number | 20070059948 |
| DOB | 11/10/1955 |
| DIV | 02 |
| BL/BU | D3 |
| T/D | AA |
| C/B | 40 |

| | |
|---|---|
| Available Balance | $0.10 |
| Pending | $0.00 |
| Frozen | $0.00 |
| | $0.10 |
| Owed | $0.00 |

### TRANSACTIONS

| Date | Transaction (Available Date) | Amount | Pending | Money Added | Money Removed | Balance | Money Owed | Owed Credit | Owes | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/13/2007 | CREDIT | $2.00 | $0.00 | $2.00 | $0.00 | $2.00 | $0.00 | $0.00 | -$0.00 | 1097767 |
| 8/24/2007 | ORDER DEBIT | $1.90 | $0.00 | $0.00 | $1.90 | $0.10 | $0.00 | $0.00 | $0.00 | |
| Totals | | | | $2.00 | $1.90 | | $0.00 | $0.00 | | |