MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAR 19 2008 aew
MAR 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Odell Starling - 200700 59948

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.   Case No: 07 C 6797
(To be supplied by the Clerk of this Court)

Sheriff of Cook County
Officer Mr. Daniel
Officer Miss. Johnson
Stg. Aldullah

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:     SECOND AMENDED

____✓____   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

1.   Plaintiff(s):

A. Name: Odell Starling

B. List all aliases: None

C. Prisoner identification number: 20070059948

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California, Chicago, Il. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Sheriff of Cook County
   Title: Sheriff
   Place of Employment: 2700 S. California, Chicago, Il. 60608

B. Defendant: Officer Mr. Daniel  Officer Ness, Johnson
   Title: Post Officer
   Place of Employment: 2700 S. California, Chicago, Il. 60608

C. Defendant: Officer Mr. Aldullah
   Title: Sta. of the Division
   Place of Employment: 2700 S. California, Chicago, Il. 60608

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised: 7/20/05

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓)  NO ( )  If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓)  NO ( )

C. If your answer is YES:

1. What steps did you take? I Odell Starling file a Grievance and told the Institution about My Condition.

2. What was the result? No Respond.

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.) Yes, No Respond

D. If your answer is NO, explain why not:

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is YES:

1. What steps did you take? I told Stg. Aldyllah about my condition and about me filing a Grievance and got No respond.

2. What was the result? No Respond!

H. If your answer is NO, explain why not:

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: NONE

B. Approximate date of filing lawsuit: NONE

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

D. List all defendants: NONE

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NONE

F. Name of judge to whom case was assigned: NONE

G. Basic claim made: NONE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NONE

I. Approximate date of disposition: NONE

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised: 7/20/05

V.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 9-30-07 At Approx. 1:30 A.M. there was a fire at the Cook County Jail, Division 2, Dorm 3-DD. The Stg. Aldullah, Officer Daniel and Officer Johnson are responsible for Dorm 3-DD. Sargent Aldullah is the Supv. of the Division 2-Dorm 3-DD and Officer Daniel and Officer Johnson are the post dorm Officers. I Odell Starling was in Division 2-Dorm 3-DD alone with other Inmate at the time of the fire. I Odell Starling was awoke from the smell of smoke, hollering, people running and the heat from the fire, The teir was filled with smoke. I Odell Starling was bitten on the door the Officer (Daniel and Mrs Johnson) would not open the

the Dorm door. Due to the officers would not open the door I fell out. My inside was burning, Chest hurting, Eye running wate and burning. My lungs was filled with smoke. I was carry to the Doctor. I was put on the breathing Machine. That Night was a Nightmare. Now I can't sleep fear there will be a fire. Insomia I can not do daily activies any more. There was no alarm, no sprinkler system. The fire was approx 4 feet from me. I also hurt my back from fear of the fire (fast movement). Now my heart hurt, chest hurt, back hurt, Legs and arms, feet ankles hurt and neck. I still have not got the problem treatment. I Live in fear. At Night I see that fire getting

I Odell Starling Wake-up hollering and screams due to the fire in the Dorm. Due to Me been so close to the fire contribute to My health issue at this time. I Currently Suffer from Shortness of breath, high blood presure, Respotary Illness, Insomia, I have headaches can't sleep. If the Officers just would have responded sooner this could have avoided! I am Speaking about my health issues...Etc.,

I truely thought that we was going to die! I Mean I was going to die.

When I couldn't breath any more I know It was the End.

Sign Odell Starling
Odell Starling

V.　**Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Restitution.

VI.　The plaintiff demands that the case be tried by a jury.　☒ YES　☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 2 day of 12, 2008

Odell Starling
ODEll Starling
(Signature of plaintiff or plaintiffs)

Odell Starling
(Print name)

ODEll Starling
(I.D. Number) 200700549148

P.O. Box 089
Chicago, IL
60608

2700 S. California
Chicago, IL 60608
(Address)

Revised 9/2007