UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN
DIVISION

ODELL Starling ~~20070059948~~
20070059948

MAR 21 2008
FILED
MAR 21 2008 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07C6797

To Whom It May Concern:

I Am getting treat unfairly.
This Institution did Not respond to No requests.
I ODELL Starling request my account balance from Institution and got No respond.
I ODELL Starling filed grievances and got No respond.
I ODELL Starling IS getting treated unfairly.

Sign Odell Starling