FILED
Case 1:07-cv-06797 Document 16 Filed 02/22/2008 Page 1 of 7
FEBRUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JAN 17 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 17 2008

ODell Starling-20070059948
Joseph Collins-20070065192
Daniel Williams-20070064845

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff of Cook County et al.,

Case No: 07C 6797
(To be supplied by the Clerk of this Court)

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:     **AMENDED COMPLAINT**

✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Odell Starling, Joseph Collins, Daniel Williams.

B. List all aliases: None

C. Prisoner identification number: Odell Starling - 20070059948

D. Place of present confinement: Cook County Department Of Corr.

E. Address: 2700 S. California, Chicago, Il. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Sheriff Of Cook County et al.,
Title: Sheriff Of Cook County
Place of Employment: 2700 S. California, Chicago, Il- 60608

B. Defendant: _____
Title: _____
Place of Employment: _____

C. Defendant: _____
Title: _____
Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: __NONE__

B. Approximate date of filing lawsuit: __NONE__

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __NONE__
__NONE__
__NONE__

D. List all defendants: __NONE__

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __NONE__

F. Name of judge to whom case was assigned: __NONE__

G. Basic claim made: __NONE__
__NONE__

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __NONE__
__NONE__

I. Approximate date of disposition: __NONE__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 9-30-07 at Approx. 1:30AM. there was a fire in Division 2-Dorm 3-DD. The officers Responsible for that Dorm on 9-30-07 were Officers Daniel and Office Miss Johnson. ON 9-30-07 the Sargent for Division 2-Dorm 3-DD was Sgt Aldullah. ON 9-30-07 I Odell Starling, Joseph Collins, Daniel Williams were In Division 2-Dorm 3-DD at the time of the fire alone with Other Inmates. I Odell Starling was awaken by Smoke and hollering. It was hot in the Dorm and Smoke everywhere in the Dorm. I Odell Starling went to the Dorm door Coughing and Choking and beating on the door. I Odell Starling was hollering for Office Daniel and Office

(1) Johnson they saw me but would not open the door. Due to the lack of the office responds I Odell Starling suffered more smoke inhalation due to the office letting me stay in the smoke filled room (Dorm). There were people running over people trying to escape the smoke. Due to this incident my personal health had been greatly effected. I currently suffer from shortness of breath, high blood pressure, respotary illness, insomia. Office Daniel and Office Johnson didn't respond to our plea for help or my plea for help. I was in that dorm with that smoke for about an hour. I fell out due to smoke, I could not breath. My bed was about 4 or five feet from the fire, which contributing to my health issue at this time. If the officers

(over on back)

Revised 9/2007

would have responded to this emergency. In a timely fashion I would not be suffering from my condition today. If the proper emergency fire suppersion system were installed at that time this entire incident could have been pervented.

Sargent (Sgt) Aldullah Made all of us Inmate leave the Dorm when he arrived. We had been in the Dorm for about an hour. Due to been in the Dorm fill with Smoke I fell out and was carried to the Hosiptal for Smoke Inhalation. Now due to my Insomia I have trouble sleeping and doing my daily activities.

Sean Odell Starling
2007005994S

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Restitution.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this \_1\_ day of \_12\_, 20\_08\_

Odell Starling - 20070059948
ODEll Starling 20070059948
(Signature of plaintiff or plaintiffs)

Odell Starling
(Print name)

ODEll Starling
(I.D. Number) 20070059948

P.O. Box 089002
Chicago, Il. 60608
or 2700 S. California
Chicago, Il. 60608
(Address)

6