FILED
MARCH 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
MAR 21 2008

Odell Starling-2007059948

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff Of Cook County
Officer Mr. Daniel
Officer Miss. Johnson
StG. Mr. Aldullah

Case No: 07C 6797
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:    THIRD    AMENDED COMPLAINT

✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Odell Starling

B. List all aliases: NONE

C. Prisoner identification number: 200700059948

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Sheriff of Cook County
Title: Sheriff of Cook County
Place of Employment: 2700 S. California, Chicago, IL 60608

B. Defendant: Stg. Mr. Abdullah
Title: Stg. Supv.
Place of Employment: 2700 S. California, Chicago, IL 60608

C. Defendant: Mr. Daniel & Miss Johnson
Title: Officers of Post 1
Place of Employment: 2700 S. California, Chicago, IL 60608.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _NONE_

    B.    Approximate date of filing lawsuit: _NONE_

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _NONE_

    D.    List all defendants: _NONE_

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NONE_

    F.    Name of judge to whom case was assigned: _NONE_

    G.    Basic claim made: _NONE_

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _NONE_

    I.    Approximate date of disposition: _NONE_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 9-30-07 At Approx. 1:30 A.M., there was a fire at the Cook County Jail in Division 2-Dorm 3-DD. The Sgt. (supv.) of the Division was Sgt. Aldullah, The officers that worked the post in Division 2-Dorm 3-DD were Officer Mr. Daniel and Officer Miss. Daniel. I Odell Starling On 9-30-07 was in Division 2-Dorm 3-DD were the fire was at that night. I Odell Starling was awake from smell of smoke, hollering, people running and the heat from the fire. The tein was filled with smoke from the fire. I Odell Starling Maded it to the door, bitten and hollering fore please open the door. The Officers (Daniel and Johnson) refused. Due to the lunk of time in the

4

Revised 9/2007

fire and smoke I fell out from the fire. My inside was burning, My chest hurting, My lungs filled with smoke, My back got hurt from fast movements and people running, Legs hurt, arms hurt, neck hurt and feet hurt...ect. I still have not got the problem treatment: Insomia I can't sleep of fear of that fire getting on me. That night  unforgettable. I currently suffer from shortness of breath, high blood pressure, Respotary Illness, Insomia. I now have head aches, My eye sight have gotten poor from the smoke and fire. If the officers just would have responded sooner. When I couldn't breath and fell out I knew it was the end of my life ( Odell Stanley ).

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Restitution

VI. The plaintiff demands that the case be tried by a jury. ☒ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 11 day of 3, 2008

Odell Starling
Odell Starlin
(Signature of plaintiff or plaintiffs)

O Dell Starling, Odell Starling
(Print name)

Odell Starling
(I.D. Number) 20070 59948

2700 S. California
Chicago, IL. 60608
(Address)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Odell Starling-20070059948

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff of Cook County
Sg. Mr. Aldullah
Officer Miss. Johnson
Officer Mr. Daniel

Case No: 07C 6797
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:　　　　　　　　　AMENDED COMPLAINT

✓　　　COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
　　　　U.S. Code (state, county, or municipal defendants)

___　　COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
　　　　28 SECTION 1331 U.S. Code (federal defendants)

___　　OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Odell Starling

B. List all aliases: NONE

C. Prisoner identification number: 20070059948

D. Place of present confinement: 2700 S. California

E. Address: Chicago, IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Sheriff of Cook County

Title: Sheriff of Cook County

Place of Employment: 2700 S. California, Chicago, IL 60608

B. Defendant: Stg. Mr. Abdullah

Title: Stg. Supv.

Place of Employment: 2700 S. California, Chicago, IL 60608

C. Defendant: Officer Daniel + Johnson

Title: Post Officers

Place of Employment: 2700 S. California, Chicago, IL. 60608

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.  Name of case and docket number: _NONE_

B.  Approximate date of filing lawsuit: _NONE_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _NONE_

D.  List all defendants: _NONE_ _NONE_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NONE_

F.  Name of judge to whom case was assigned: _NONE_

G.  Basic claim made: _NONE_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _NONE_

I.  Approximate date of disposition: _NONE_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 9-30-07 At Approx. 1:30 A.M there was a fire at the Cook County Jail in Division 2 - Dorm 3 - DD. The Sg. (Supv.) of that division was Sg. Aldullah. The officers the worked the post in that Division (2-Dorm 3-DD) were Officer Daniel and Officer Johnson. I Odell Starling was in Division 2 Dorm 3-DD on 9-30-07 when there was a fire. I Odell Starling was awake from smoke, hollering fire, running. The teir was filled with smoke from the fire. I Odell Starling maded It to the door bitten door, hollering fire please open the door. Officer Mrss. Johnson and officer Daniel Would Not open the dorm door. Due to the link

4                                                            Revised 9/2007

of time in the fire I fell out. I knew It was the End. My Inside was burning, My chest hurting, lungs filled with smoke, People running over People, My back got hurt from fast Movements, Legs, Neck Ankles got hurt, feet...ect. I Still have Not got the problem treatment. INsomia, I cant Sleep. I Still See the fire getting on me. I was about 4 feet from the fire. If the office would have responded Sooner. I Currently Suffer from Shortness of breath, back hurting, Neck hurting, high blood pressure, head aches, My Eye Sight have cotton Door from the Smoke in My EYES. I write requests ask to See a doctor but NO respond.

Sign Odell Starling

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Restitution

VI.  The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 11 day of 3, 20 08

Odell Starling
Odell Starling
(Signature of plaintiff or plaintiffs)   Odell Starling  Odell Starling

ODELL Starling
(Print name)

Odell Starling
(I.D. Number) 2007 0059948

2700 S. California
Chicago, Il. 60608
(Address)

Odell Starling

V.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 9-30-07 At Approx. 1:30 A.M. there was a fire at the Cook County Jails Division 2, Dorm 3-DD. The Sgt. Aldullah, Officer Daniel and Officer Johnson are responsible for Dorm 3-DD. Sargent Aldullah is the Supv. of the Division 2-Dorm 3-DD and Officer Daniel and Officer Johnson are the Post Dorm Officers. I Odell Starling was in Division 2-Dorm 3-DD alone with other inmate at the time of the fire. I Odell Starling was awoke from the smell of smoke, hollering, people running and the heat from the fire. The teir was filled with smoke. I Odell Starling was bitten on the door the officer Daniel and Mrs. Johnson would not open the

6

Revised: 7/20/05

the Dorm door. Due to the officers would not open the door I fell out. My inside was burning, chest hurting, eye running wate and burning. My lungs was filled with smoke. I was carry to the Doctor. I was put on the breathing Machine. That Night was a Nightmare. Now I can't sleep fear there will be a fire. Insomia I can not do daily activies any more. There was no alarm, no sprinkler system. The fire was approx 4 feet from me. I also hurt my back from fear of the fire (fast movement). Now my heart hurt, chest hurt, back hurt, legs and arms, feet ankles hurt and neck. ▮▮▮ I still have not got the problem treatment. I Live in fear. At Night I see that fire getting on me

I-Odell Starling would speak for myself and Scott. Due to the Fire in the Dorm. Due to Me been so close to the fire contribute to My health issue at this time. I currently suffer from shortness of breath, high blood presure, Respotary Illness, Insomia. I have headaches can't sleep. If the officers just would have responded sooner this could have avoided! I am speaking about my health issues... Etc.,

I truely thought that we was going to die! I mean I was going to die.

When I couldn't breath any more I know it was the End.

Sign ~Sign~ Odell Starling
Odell Starling

Odell Starling
#2007-0059948 :
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

1:07-cv-06797

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6797 | DATE | FEB 22 2008 |
| CASE TITLE | Odell Starling #2007-0059948 v. Sheriff of Cook County | | |

**DOCKET ENTRY TEXT:**

Plaintiff Starling's motion for leave to file in forma pauperis is granted.[8] The court orders the trust fund officer at plaintiff's current place of incarceration to deduct from plaintiff's account for payment to the clerk of court as set forth in this order. The clerk shall send a copy of this order to the trust fund officer at the Cook County Jail. The court dismisses the amended complaint without prejudice. [7] Plaintiff is given until March 20, 2008, to submit another amended complaint or the court shall issue judgment dismissing this case. The clerk is directed to send one copy of the amended civil rights complaint form and instructions for filing along with a copy of this order.

■ [ For further details see text below.]

Docketing to mail notices.

### STATEMENT

Plaintiff is granted leave to file in forma pauperis. Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is not assessed an initial partial filing fee as his trust account statement indicates that he has neither means nor assets to pay. 28 U.S.C. Section 1915(b)(4). However, the trust fund officer at the correctional facility where plaintiff is confined is authorized to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from Plaintiff's trust fund account shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Il. 60604, 20th floor, and shall clearly identify plaintiff's name and the case number assigned to this action.

Plaintiff brings this *pro se* action pursuant to 42 U.S.C. §1983 complaining about a fire on his tier at the jail. Once the fire started and the tier was filling up with smoke, Plaintiff alleges that there were two officers who failed to let Plaintiff off of the tier and to safety. The extra time their actions caused him to remain on this tier resulted in injury to his lungs due to smoke inhalation.

Plaintiff fails to name these two officers as Defendants. Instead, he names the Sheriff, but his complaint makes clear that the Sheriff had no personal involvement with any of the activities occurring in the complaint. *Vance v. Peters*, 97 F. 3d 987, 992-93 (7th Cir. 1996); *Whitford v. Boglino*, 63 F. 3d 527, 530-31(7th Cir. 1995).

| | Courtroom Deputy Initials: | gtc |
|---|---|---|

For this reason, the court orders Plaintiff to submit a second amended complaint in which he does not list the Sheriff as a Defendant but he does list the two officers Daniel and Johnson instead. In addition, the other Plaintiffs whom he names were already dismissed from this case by the court's previous order of December 14, 2007. Therefore, he cannot name them again.

Plaintiff must submit an amended complaint. As with every document filed with the court, the plaintiff must provide an extra copy for the judge; he must also submit a service copy for each defendant named in the amended complaint. The plaintiff is cautioned that an amended pleading supersedes the original complaint and must stand complete on its own. Therefore, all allegations against all defendants must be set forth in the amended complaint, without reference to the original complaint. Any exhibits the plaintiff wants the court to consider in its threshold review of the amended complaint must be attached, and each copy of the amended complaint must include complete copies of any and all exhibits. The plaintiff is advised to keep a copy for his files.

Plaintiff is granted until March 20, 2008, to comply with all the terms of this order.