USM-285 is a 5-part form.  Fill out the form and print 5 copies.  Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**



| PLAINTIFF<br>ODELL STARLING | COURT CASE NUMBER<br>07 C 6797 |
|---|---|
| DEFENDANT<br>SHERIFF OF COOK COUNTY | TYPE OF PROCESS<br>ALIAS SUMMONS & COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORRECTIONAL OFFICER DANIEL - COOK COUNTY DEPARTMENT OF CORRECTIONS
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2700 SOUTH CALIFORNIA AVENUE   CHICAGO, IL  60608   2nd FLR, Divs. C/olegal Dept.

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| ODELL STARLING - #2007-0059948<br>COOK COUNTY JAIL<br>P.O. BOX 089002<br>CHICAGO, IL   60608 | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
***All Telephone Numbers, and Estimated Times Available for Service):***

Fold                                                                                                                                          Fold

FILED
APR 16 2008      APR 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>3-31-2008 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 OF 3 | District of Origin<br>No. 24 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk  T.K. | Date<br>3-31-2008 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)*<br>NOT SERVED | Date<br>04/16/08 | Time<br>13:00   ☐ am  ☒ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy<br>Michael Wood-(Park | |

| Service Fee<br>48.00 | Total Mileage Charges including *endeavors*<br>7.76 | Forwarding Fee<br>— | Total Charges<br>55.76 | Advance Deposits<br>— | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>55.76 |
|---|---|---|---|---|---|

REMARKS:  *Need more specific information for service 5 officer Daniel(s) employed   1 Dusm, 1 HR, 16 miles   Unable to Execute*

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Form AO-399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT

_____
(DISTRICT)

## Waiver of Service of Summons

**TO: Odell Starling**
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Correctional Officer Daniel _____ acknowledge receipt of your request that I waive
(DEFENDANT NAME)

service of summons in the action of Odell Starling vs. Sheriff of Cook County
(CAPTION OF ACTION)

which is case number 07C6797 _____ in the United States District Court for the
(DOCKET NUMBER)

Northern District of Illinois _____.
(DISTRICT)

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 31, 2008 _____
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____                    _____
DATE                                            SIGNATURE

Printed/Typed Name: _____

As _____ of _____
TITLE                                    CORPORATE DEFENDANT

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown to its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
### Northern District of Illinois

**ALIAS  SUMMONS  IN A CIVIL ACTION**

Odell Starling

CASE  NUMBER: 07 cv 6797

vs.

JUDGE:    Joan B. Gottschall

Sheriff of Cook County

TO    Officer Daniel        Officer Johnson        Sergeant Aldullah

NAME:        Odell Starling #2007-0059948
ADDRESS:  Cook County Jail
                     P.O. Box 0-89002
CITY:         Chicago, IL 60608

  YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court
and serve upon plaintiff's attorney: an answer to the complaint which is herewith served
upon you, within [20] days after service of this summons upon you, exclusive of the day of
service.  If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.

MICHAEL W. DOBBINS, CLERK                          March 27, 2008

Deputy Clerk
s/Johnnie M. Patterson

# RETURN OF SERVICE

| Service of the summons and Complaint was made by me:^ | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]  Served personally upon the defendant.  Place where served: _____

_____

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left:

_____

[ ]  Returned unexecuted: _____

[ ]  Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                                    Signature of Server

                                                        _____
                                                        Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO440 (REV. 1/90) Summons in a Civil Action

MARCH 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**RECEIVED**

MAR 2 1 2008 aw

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 2 1 2008

Odell Starling-2007059948

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff OF Cook County
Officer Mr. Daniel
Officer Miss. Johnson
StG. Mr. Aldullah

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 07C 6797
(To be supplied by the Clerk of this Court)

2008 MAR 31 PM 1:52

**CHECK ONE ONLY:**    THIRD    **AMENDED COMPLAINT**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name: _Odell Starling_

B.    List all aliases: _NONE_

C.    Prisoner identification number: _200700 59948_

D.    Place of present confinement: _Cook County Jail_

E.    Address: _2700 S. California, Chicago IL 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Sheriff Of Cook County_

Title: _Sheriff of Cook County_

Place of Employment: _2700 S.California, Chicago,IL.60608_

B.    Defendant: _StG. Mr. Aldullah_

Title: _StG. SuPV._

Place of Employment: _2700 S.California, Chicago, IL 60608_

C.    Defendant: _Mr. Daniel + Miss Johnson_

Title: _Officers of Post 1_

Place of Employment: _2700 S. California, Chicago, IL. 60608._

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ NONE _____

B. Approximate date of filing lawsuit: _____ NONE _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____ NONE _____

D. List all defendants: _____
_____ NONE _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ NONE _____

F. Name of judge to whom case was assigned: NONE _____

G. Basic claim made: _____ NONE _____
_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ NONE _____

I. Approximate date of disposition: _____ NONE _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV.   Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On 9-30-07 At Approx. 1:30 A.M, there was a fire at the Cook County Jail in Division 2- Dorm 3- DD. The Sgt. (supv.) of the Division was Sgt. Aldullah. The Officers that worked the post in Division 2-Dorm 3-DD were Officer Mr. Daniel and Officer Miss. Daniel. I Odell Starline On 9-30-07 was in Division 2-Dorm 3-DD were the fire was at that Night. I Odell Starline was awake from smell of Smoke, Hollering, people running and the heat from the fire. The teir was filled with Smoke from the fire, I Odell Starline, Maded it to the door, bitten and hollering Fire Please Open the door. The Officers (Daniel and Johnson) refused. Due to the link of time in the

4

Revised 9/2007

fire and Smoke I fell out from the
Fire. My Inside was burning, My
Chest hurting, My lungs filled with
Smoke, My back got hurt from fast
Movement and People running, Legs
hurt, Arms hurt, Neck hurt and
Feet hurt...ect. I Still have Not
got the problem treatment. INSomia
I Can't Sleep of fear Of that
fire getting ON ME,
That Night ~~was~~ unforgettable.
I Currently Suffer from Shortness
Of breath, high blood pressure,
Respotary Illiness, INSomia. I
Now have head aches, My eye
Sight have gotten poor from the
Smoke and fire. If the officers
Just would have responded
Sooner. When I Couldn't
breath and fell out I knew
It was the End of My
Life ( Odell Starling).

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Restitution

**VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 11 day of 3 , 2008

Odell Starling

Odell Starlin

(Signature of plaintiff or plaintiffs)

O DELL Starling, Odell Starling

(Print name)

ODELL Starling

(I.D. Number)  2007059948

2700 S. California

Chicago, Il. 60608

(Address)

6

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Odell Starline-2006059948

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff of Cook County
Stg. Mr. Abdullah
Officer Miss. Johnson
Officer Mr. Daniel

Case No: 07C 6797
(To be supplied by the Clerk of this Court)

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

CHECK ONE ONLY:                        **AMENDED COMPLAINT**

____✓____          **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
                   **U.S. Code** (state, county, or municipal defendants)

_____          **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
                   **28 SECTION 1331 U.S. Code** (federal defendants)

_____          **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name: _Odell Starling_

B.    List all aliases: _NONE_

C.    Prisoner identification number: _20070059948_

D.    Place of present confinement: _2700 S California_

E.    Address: _Chicago, Il. 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.    Defendant: _Sheriff of Cook County_

Title: _Sheriff of Cook County_

Place of Employment: _2700 S California, Chicago Il 60609_

B.    Defendant: _StG- Mr. Abdullah_

Title: _StG- Supv._

Place of Employment: _2700 S. California, Chicago, Il 6060_

C.    Defendant: _Officer Daniel + Johnson_

Title: _Post Officers_

Place of Employment _2700 S California, Chicago, Il. 6060_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**III.**   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _____ NONE _____

B.   Approximate date of filing lawsuit: _____ NONE _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE _____
_____
_____ NONE

D.   List all defendants: _____
_____ NONE

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ NONE

F.   Name of judge to whom case was assigned: _____ NONE _____

G.   Basic claim made: _____ NONE
_____

H.   Disposition of this case (for example: Was the case dismissed?  Was it appealed? Is it still pending?): _____ NONE
_____

I.   Approximate date of disposition: _____ NONE _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 9-30-07 At Approx. 1:30 A.M there Was a fire at the Cook County Jail in Division 2-Dorm 3-DD. The Stg. (Supu.) Of that division was Stg. Abdullah. The Officers the Worked the Post in that Division (2-Dorm 3-DD) were Officer Daniel and Officer Johnson. I Odell Starling was in Division 2 Dorm 3-DD ON 9-30-07 when there was a fire. I Odell Starling Was awoke from Smoke, hollering, fire, running, The teir was filled With Smoke from the Fire. I Odell Starling Maded It to the door bitter door, hollering fire pleese Open the door. Officer Miss. Johnson and officer Daniel Would Not open the dorm door. Due to the liNK

4



of time on the fire I fell out, I knew It was the End, My Inside was burning, My Chest hurting, lungs filled with Smoke, People running over People, My back got hurt from fast movements, Legs, Neck Ankles got hurt, feet...ect. I still have Not got the problem treatment. INsomnia I can't sleep I Still See the fire getting on ME, I was about 4 feet from the fire, If the office would have responded Sooner. I Currently Suffer from Shortness of breath, back hurting, Neck hurting, high blood pressure, head ackes, My Eye Sight have gotten poor from the Smoke in my EYES. I write requests ask to See a doctor but No respond.

Sign Odell Starling

5

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_Restitution_

**VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _11_ day of _3_, 20 _08_

_Odell Starling_

_Odell Starling_
(Signature of plaintiff or plaintiffs)

_ODEll Starling    Odell Starli_
(Print name)

_ODEll Starlins_    v
(I.D. Number)    _2007 0059948_

_2700 S. California_
_Chicago, Il. 60608_
(Address)

_Odell Starling_

6                                            Revised 9/2007

V.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 9-30-07 At Approx. 1:30 A.M. there was a fire at the Cook County Jail, Division 2, Dorm 3-DD. The Stg. Aldullah Officer Daniel and Officer Johnson are responsible for Dorm 3-DD. Sargent Aldullah is the Supv. of the Division 2-Dorm 3-DD and Officer Daniel and Officer Johnson are the Post De Officers. I Odell Starling was In Division 2-Dorm 3-DD alone with Other Inmate at the time of the fire. I Odell Starling was awoke from the Smell of Smoke, hollering, people running and the heat from the fire. The teir was filled with Smoke. I Odell Starling was bitten on the door the Officer (Daniel and Msr Johnson would not open the

6

Revised:  7/28/05

the Dorm door. Due to the officers would not open the door I fell out. My Inside was burning, Chest hurting, Eye running wate and burning. My lungs was filled with Smoke. I was carry to the Doctor. I was put on The breathing Machine. That Night was a Nightmare. Now I Can't Sleep fear there will be a fire. Insomnia I Can not do daily activies any more, there was No alarm, no Sprinkler System. The fire was approx 4 feet from ME. I also hurt my back from fear of the fire (fast movement). Now my heart hurt, Chest hurt, Back hurt, Legs and arms, feet ankles hurt and Neck █████ I Still have not got the Problem treatment. I "LiVE IN fear". At Night I see that fire gettin (in) ME

Revised 7/20/05

I Odell Starling Wake up Hollering and Said Due to the Fire in the DORM. Due + Me been So close to the fire Contri bute to My health Issue at this tim. I Currently Suffer from Shortness of breath, high blood presure, Respotor Illiness, INSOMia. I have headaches Cantsl If the Officers Just would have responded Sooner this could have avoided! I am Speaking about my health Issues... Etc,

I truely thought that we was going to die! I Mean I was goine to die.

When I couldnt breath any More I know It was the END.

Sign _____ Odeee Starlj
Odell Starling

Odell Starling
#2007-0059948 :
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

1:07-cv-06797

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6797 | **DATE** | FEB 22 2008 |
| **CASE TITLE** | Odell Starling #2007-0059948 v. Sheriff of Cook County | | |

**DOCKET ENTRY TEXT:**

Plaintiff Starling's motion for leave to file in forma pauperis is granted.[8] The court orders the trust fund officer at plaintiff's current place of incarceration to deduct from plaintiff's account for payment to the clerk of court as set forth in this order. The clerk shall send a copy of this order to the trust fund officer at the Cook County Jail. The court dismisses the amended complaint without prejudice. [7] Plaintiff is given until March 20, 2008, to submit another amended complaint or the court shall issue judgment dismissing this case. The clerk is directed to send one copy of the amended civil rights complaint form and instructions for filing along with a copy of this order.

■[ For further details see text below.]                                                      Docketing to mail notices.

---

### STATEMENT

Plaintiff is granted leave to file in forma pauperis. Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is not assessed an initial partial filing fee as his trust account statement indicates that he has neither means nor assets to pay. 28 U.S.C. Section 1915(b)(4). However, the trust fund officer at the correctional facility where plaintiff is confined is authorized to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from Plaintiff's trust fund account shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Il, 60604, 20th floor, and shall clearly identify plaintiff's name and the case number assigned to this action.

Plaintiff brings this *pro se* action pursuant to 42 U.S.C. §1983 complaining about a fire on his tier at the jail. Once the fire started and the tier was filling up with smoke, Plaintiff alleges that there were two officers who failed to let Plaintiff off of the tier and to safety. The extra time their actions caused him to remain on this tier resulted in injury to his lungs due to smoke inhalation.

Plaintiff fails to name these two officers as Defendants. Instead, he names the Sheriff, but his complaint makes clear that the Sheriff had no personal involvement with any of the activities occurring in the complaint. *Vance v. Peters*, 97 F. 3d 987, 992-93 (7th Cir. 1996); *Whitford v. Boglino*, 63 F. 3d 527, 530-31 (7th Cir. 1995).

| | Courtroom Deputy Initials: | gtp |
|---|---|---|

For this reason, the court orders Plaintiff to submit a second amended complaint in which he does not list the Sheriff as a Defendant but he does list the two officers Daniel and Johnson instead. In addition, the other Plaintiffs whom he names were already dismissed from this case by the court's previous order of December 14, 2007. Therefore, he cannot name them again.

Plaintiff must submit an amended complaint. As with every document filed with the court, the plaintiff must provide an extra copy for the judge; he must also submit a service copy for each defendant named in the amended complaint. The plaintiff is cautioned that an amended pleading supersedes the original complaint and must stand complete on its own. Therefore, all allegations against all defendants must be set forth in the amended complaint, without reference to the original complaint. Any exhibits the plaintiff wants the court to consider in its threshold review of the amended complaint must be attached, and each copy of the amended complaint must include complete copies of any and all exhibits. The plaintiff is advised to keep a copy for his files.

Plaintiff is granted until March 20, 2008, to comply with all the terms of this order.