UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ODELL STARLING,  2007059948 | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6797 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Joan Gottschall |
| SHERIFF OF COOK COUNTY, | ) | |
| OFFICER MR. DANIEL, | ) | |
| OFFICER MISS JOHNSON, | ) | |
| STG. MR. ADULLAH, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   **Odell Starling**
**2007-0059948**
**Cook County Jail**
**Chicago, Illinois 60608**

**PLEASE TAKE NOTICE** that on May 15, 2008 at 9:00 a.m., I shall appear before the Honorable Joan B. Gottschall in the courtroom usually occupied by her in Room 1919 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendants' Motion to Enlarge the Time Period in which to Move, Answer or Otherwise Plead*.

Respectfully Submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By:   /s/Sarah M. Burke _____
Sarah M. Burke
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-4320

### CERTIFICATE OF SERVICE

I, Sarah M. Burke Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on May 6, 2008 electronically via the ECF-CM system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

/s/ Sarah M. Burke _____
Sarah M. Burke