UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ODELL STARLING,  2007059948 | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6797 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Joan Gottschall |
| SHERIFF OF COOK COUNTY, | ) | |
| OFFICER MR. DANIEL, | ) | |
| OFFICER MISS JOHNSON, | ) | |
| STG. MR. ADULLAH, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Odell Starling
      2007-0059948
      Cook County Jail
      Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on May 29, 2008 at 9:30 a.m., I shall appear before the Honorable Joan B. Gottschall in the courtroom usually occupied by her in Room 2325 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendants' Motion to Enlarge the Time Period in which to Move, Answer or Otherwise Plead*.

                                    Respectfully Submitted,
                                    RICHARD A. DEVINE
                                    State's Attorney of Cook County
                        By:         /s/Sarah M. Burke _____
                                    Sarah M. Burke
                                    500 Richard J. Daley Center
                                    Chicago, Illinois 60602
                                    (312) 603-4320

## CERTIFICATE OF SERVICE

I, Sarah M. Burke Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on May 22, 2008 electronically via the ECF-CM system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                                    /s/ Sarah M. Burke _____
                                    Sarah M. Burke

Case 1:07-cv-06797   Document 30   Filed 05/22/2008   Page 2 of 2