## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ODELL STARLING, 2007059948 | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6797 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Joan Gottschall |
| SHERIFF OF COOK COUNTY, | ) | |
| OFFICER MR. DANIEL, | ) | |
| OFFICER MISS JOHNSON, | ) | |
| STG. MR. ADULLAH, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Now Comes Defendant, Sgt. Antony Abdullah, by his attorney Richard A. Devine, State's Attorney of Cook County, through his assistant, Sarah M. Burke and Answers Plaintiff's Complaint as follows:

1.   On 9-30-07 at approx. 1:30 a.m. there was a fire at the Cook County Jail in Division 2-Dorm 3-DD.  The Stg. (supv) of the division was Sgt. Aldullah.  The officers that worked the post in Division 2 –Dorm 3-DD were officer Daniel and Officer Johnson.  I Odell Starling was in division 2 dorm 3-DD on 9-30-07 when there was a fire.

ANSWER:   Defendant admits that Plaintiff was an inmate assigned to Division 2, Dorm 3, Tier DD on or about 9.30.07.  Answering further, Defendant admits that he was the Sgt. Assigned to that housing assignment on 9.30.07 when Officer Daniel witnessed smoke in DD House, Dorm 3.  The Defendant denies the remaining allegations contained in Paragraph 2.

    2.    I Odell Starling was awake from smoke, hollenings, fire, running.  The tier was filled with smoke from the fire.  I Odell Starling maded it to the door bitten door, hollering fire please open the door; Officer Mrs. Johnson and Officer Daniel would not open the form door.

    ANSWER:    Defendant denies the allegations contained in Paragraph 2.

    3.    Due to the link of time in the fire I fell out.  I knew it was the end.  My inside was burning, my chest hurting, lungs filled with smoke, people running over people, my back got hurt from fast movement, legs, neck, ankles got hurt, feet….ect.

    ANSWER:    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 4.

    I still have not got the problem treatment.  Insomia I can't sleep I still see the fire getting on me.  I was about 4 feet from the fire.  If the office would have responded  sooner.  I currently suffer from shortness of breath, back hurting, neck hurting, high blood pressure, headaches, my eye sight have cotton door from the smoke im my eyes.  I write requests ask to see a doctor but no respond.

    ANSWER:    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 3.

### **AFFIRMATIVE DEFENSES**

    NOW COME Defendant, Sgt. Anthony Abdulla, through his attorney RICHARD A. DEVINE, State's Attorney of cook County, by his assistant, Sarah M. Burke, stating the following Affirmative Defenses:

    1.    The Defendant's conduct was at all times objectively reasonable and did not violate any of Plaintiff's clearly established Constitutional rights.  Accordingly, Defendant is entitled to the defense of Qualified Immunity

2.     The Plaintiff failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). See Massey v. Helman 196 F.3d 727 (7th Cir. 1999).

## JURY DEMAND

Defendant respectfully requests a trial by jury.

WHEREFORE, based upon the forgoing, Defendant, Sgt. Anthony Abdullah respectfully requests that this Honorable Court grant judgment in his favor and against the Plaintiff on all aspects of his Complaint and further requests that this Honorable Court grant them fees, costs, and such other relief that this Court deems just and appropriate.

Respectfully Submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By:     /s/ Sarah M. Burke
         Sarah M. Burke
         Assistant State's Attorney
         500 Richard J. Daley Center
         Chicago, IL 60602
         (312) 603-4320