UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ODELL STARLING,   2007059948 | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6797 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Joan Gottschall |
| SHERIFF OF COOK COUNTY, | ) | |
| OFFICER MR. DANIEL, | ) | |
| OFFICER MISS JOHNSON, | ) | |
| STG. MR. ADULLAH, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ELECTRONIC FILING

To:   **Odell Starling**
**2007-0059948**
**Cook County Jail**
**Chicago, Illinois 60608**

PLEASE TAKE NOTICE that on this 23th Day of June 2008, I caused to be filed with the United States District Court for the Northern District of Illinois, ***Defendant's Answer to Plaintiff's Complaint***, a copy of which is attached hereto and served upon you herewith.

             Respectfully submitted,
             RICHARD A. DEVINE
             State's Attorney of Cook County
By: ***/s/Sarah M. Burke***
             Sarah M. Burke
             Assistant State's Attorney
             500 Richard J. Daley Center
             Chicago, IL 60602

**CERTIFICATE OF SERVICE**

I, Sarah M. Burke, Assistant State's Attorney, hereby certify that I mailed copies of the aforementioned to the above person by placing them in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois, 60602, postage prepaid on June 23, 2008.

             ***/s/Sarah M. Burke***
             Sarah M. Burke
             Assistant State's Attorney