UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

ODELL STARLING
   Plaintiff,

V.

SHERIFF OF Cook County
OFFICER MR. DANIEL
OFFICER MISS. JOHNSON
STG. MR. ADULLAH
   Defendants.

NO. 07C6797

Honorable Judge Joan Gottschall

FILED
JUL 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please take Notice this IS My NEW address:
ODELL Starling-N32866
Stateville Correctional Center
P.O. Box 112
Joliet Il. 60434