

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6797 | **DATE** | JUL 11 2008 |
| **CASE TITLE** | Starling (#2007-0059948) v. Sheriff of Cook County, et al. | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to issue alias summons to Correctional Officers Daniels and Johnson. When Plaintiff receives the USM-285 forms from the Marshal, he must provide more information in order to identify Defendants Daniels and Johnson, such as a first name and/or badge number or a physical description or the shift and location and time and date of the incident.

Docketing to mail notices.

FILED
2008 JUL 11 PM 2:10
CLERK
U.S. DISTRICT COURT

JJD