CH

UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
EASTERN DIVISION

ODELL STARLING                    07Cb797
        Plaintiff
                                Honorable Judge
        V.                      Joan Gottschall
SHERIFF OF Cook County,
STG. MR. ADULLAH,
OFFICER MR. DANIEL,               F I L E D
OFFICER MiSS. JOHNSON,           JUL 24 2008
        Defendant .            JUL 2 4 2008  MB
                               MICHAEL W. DOBBINS
                            CLERK, U.S. DISTRICT COURT

PlEASE TAKE NOTICE: I have
beeN Moved to, SHAWNEE CL
6665 STATE Rt. 146' East, Vienna,
IL. 62995.
This IS My NEW address, I'M
at the address abouE.
I (Odell Starling N328666) Also have
Medical Records at StateVille CC
and at where I am at now
SHAWNEE C.C.
I (ODELL Starling N328666) Was denied
treatMent for Insomia, I Could Not
sleep for thinking about the fire;
getting on ME, The thought of
the fire would not go away and
still have not went away.
I SAW a Psych Doctor and Was
put ON Transdormant StateVille
C.C. And at SHawNEE C.C.
I ask to See a Psych Doctor while
IN the County Jail (Cook County: I Was
denied. Sign Odell Starling 7-20-08

Odell Starling N32866 - 7-20-08

20m

Odell Starling N32866
Shawnee C.C.
6665 State Rt, 146 East
Vienna, IL. 62995

I anyone NEED My address
please forward.

Odell Starling
Odell Starling
7-20-08