United States District Court, Northern
District Of Illinois.
7-23-08

Odell Starling - N32866
Plaintiff

-vs-

Sheriff Of Cook County et al.
Defendant

FILED
Aug 4, 2008
AUG 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number
07 C 6797

Honorable
Joan B. Gottschal

Sign Odell Starling  Odell Starling 7-23-08

Please Take Notice this Information Will help I.D. and locate Officer Miss. Johnson. Officer Miss. Johnson IS a black Woman, brown Complexion. She Weights about 160 Pounds and approx 5ft 5inches in height. She had Shoulder leight hair. Her hair is the Color Of Sand (Red).

1) Officer Miss. Johnson Supervisor on 9-30-07 was SGT. Aldullah the day of the fire.
2) Officer Miss. Johnson on 9-30-07 worked in Division 2, Dorm 3-DD. Unit DD is on the second floor and their is only one second floor in Division 2 Dorm 3-DD. The same officer Work a post for 90 days,
3) Officer Miss. Johnson had worked that post approx 60 days,
4) Officer Miss. Johnson Works from 11 at night to 7 In the Morning (the 11 to 7 Shift).
5) Officers Miss. Johnson Supervisor (SGT Aldullah) order the unit to be evacuated due to fire and smoke that had been their over an hour.
6) Officer Miss. Johnson Assisted STG. Aldullah in getting everyone out the unit. I (Odell Starling) Pasted Out due to fire and Smoke.