## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ODELL STARLING,  2007059948 | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6797 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Joan Gottschall |
| SHERIFF OF COOK COUNTY, | ) | |
| OFFICER MR. DANIEL, | ) | |
| OFFICER MISS JOHNSON, | ) | |
| STG. MR. ADULLAH, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO DEPOSE INCARCERATED PERSON

NOW COMES the Defendant, Sgt. Anthony Abdullah by this Attorney, Richard A. Devine, State's Attorney of Cook County, through his assistant, Sarah M. Burke and pursuant to Rule 30(a)(2) of the Federal Rule of Civil Procedure, moves this Honorable Court to take the deposition of Plaintiff, Odell Starling. In support, parties state as follows:

1. That Odell Starling is the Plaintiff in the present action.

2. That the Defendant intends to take the deposition of Odell Starling.

3. That Odell Starling is presently incarcerated with the Illinois Department of Corrections at the Shawnee Correctional Center, Vienna, Illinois 62995.

WHEREFORE, the Defendant, Sgt. Anthony Abdullah respectfully request this Honorable Court to allow the deposition of the Plaintiff, Odell Starling.

Respectfully Submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By:\_/s/Sarah M. Burke_____
Sarah M. Burke
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312)603.4320