## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ODELL STARLING | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6797 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Joan Gottschall |
| SHERIFF OF COOK COUNTY, | ) | |
| OFFICER MR. DANIEL, | ) | |
| OFFICER MISS JOHNSON, | ) | |
| STG. MR. ADULLAH, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   Odell Starling   N32866
      Shawnee Correctional Center
      6665 State Rt. 146 East
      Vienna, IL 62995

**PLEASE TAKE NOTICE** that on **September 4, 2008** at **9:30** a.m., I shall appear before the Honorable Joan B. Gottschall in the courtroom usually occupied by her in Room 2325 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendant's Motion to Depose an Incarcerated Person*.

                                    Respectfully Submitted,
                                    RICHARD A. DEVINE
                                    State's Attorney of Cook County
                            By:    /s/Sarah M. Burke _____
                                    Sarah M. Burke
                                    500 Richard J. Daley Center
                                    Chicago, Illinois 60602
                                    (312) 603-4320

### CERTIFICATE OF SERVICE

I, Sarah M. Burke Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on August 22, 2008 electronically via the ECF-CM system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                                    /s/ Sarah M. Burke_____
                                    Sarah M. Burke