**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Odell Starling | COURT CASE NUMBER: 07C6797 |
| DEFENDANT: Sheriff of Cook County, et al. | TYPE OF PROCESS: Alias S/C |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer Daniels, Officer at Post, Cook County Jail

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
(CCJ) 2700 S. California Ave., 2nd flr. Div. 5, Chicago, Illinois

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Odell Starling #2007-0059948
Stateville-SPV
P.O. Box 112
Joliet, IL 60434

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Officer Mr. Daniel is a black man, dark complexion with black short hair. He did have facial hair but he cut them off. Officer Mr. Daniel weight 240 approx, and approx. 6ft. 3 inches. Officer Mr. Daniel is around 35 yrs old. He work at the Cook County Jail, Division 2, Dorm 3-DD Second 11 to 7AM PM.AM
Date of the fire 9-30-07 at approx 1:30AM.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Odell Starling

DATE: 08-07-08 / 07-17-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 of 2 | District of Origin No. 24 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk: TD | Date: 08-07-08 / 07-17-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Mrs. Sanders, Legal

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 9/5/08   Time: 1:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 48.00 | 4.85 | 0 | 52.85 | 0 | $52.85 |

REMARKS:
1 - DUSM
10 - R/T

FILED
SEP 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PRIOR EDITIONS MAY BE USED       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)