**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Odell Starling | COURT CASE NUMBER: 07C6797 |
| DEFENDANT: Sheriff of Cook County | TYPE OF PROCESS: Alias S/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Officer Johnson, Officers of Post, Cook County Jail

**AT** ADDRESS: CCJ, 2700 S. California 2nd Fl. Div 5, Chicago, IL 60608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Odell Starling #2007-0059948
Stateville-STV
P.O. Box 112
Joliet, IL 60434

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 2
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

A physical description or shift of location + time + date of the incident. Date of incident 9-30-07 time 1:30 AM. Officer Miss. Johnson is a Black female, brown complexion with sandy color hair. She's approx 140 pounds and approx. 5ft. 5inches tall. Officer Miss. Johnson is around 48 yrs. old. She works at Cook County Jail, Div. 2, Dorm 3, Second floor 11 to 7 shift.

Signature of Attorney or other Originator requesting service on behalf of: Odell Starling
☑ PLAINTIFF ☐ DEFENDANT
DATE: 07-17-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 2 of 2 | 24 | 24 | TD | 07-17-08 |

☑ I have executed as shown in "Remarks", the process described...

Name and title of individual served: Mrs. Sanders, Legal

Date of Service: 8/15/08  Time: 1:00 pm

Signature of U.S. Marshal or Deputy

REMARKS: One service fee charged same place + location see process sheet #1 for changes
1 - DWM
10 - R/T

**FILED SEP 12 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)